ONE SOURCE TECHNOLOGY, LLC, (doing business as Asurint), Plaintiff–Appellant,

v.

Robert DiFILIPPO, Defendant–Cross Appellant.

Nos. 2012–1668, 2012–1669.

United States Court of Appeals, Federal Circuit.

May 13, 2013.

Jonathan T. Hyman, Kohrman Jackson & Krantz P.L.L., of Cleveland, OH, argued for plaintiff-appellant. With him on the brief was Sean P. Malone.

Wayne D. Porter, Jr., Law Offices of Wayne D. Porter, Jr., of Cleveland, OH, argued for defendant-cross appellant.

Before PROST, MAYER, and REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED AND ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**